UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:07-cr-375-T-24 TBM

TIMOTHY WADE PINKSTON

_____/

**O R D E R**

This cause comes before the Court on Defendant Timothy Wade Pinkston's Motion for New Trial. (Doc. No. 57.) Federal Rule of Criminal Procedure 33 provides that a "court may vacate any judgment and grant a new trial if the interest of justice so requires." In determining whether to grant the motion, the Court must carefully weigh the evidence and may assess the credibility of the witnesses. *See U.S. v. Tarango*, 396 F.3d 666, 672 (5th Cir. 2005) (citations omitted); *U.S. v. Martinez*, 763 F.2d 1297, 1312 (11th Cir. 1985) (citations omitted). If after weighing the evidence and assessing the credibility of witnesses the Court concludes that, "'despite the abstract sufficiency of the evidence to sustain the verdict, the evidence preponderates sufficiently heavily against the verdict that a serious miscarriage of justice may have occurred,'" the Court may set aside the verdict and grant a new trial. *Martinez*, 763 F.2d at 1312 (quoting *U.S. v. Lincoln*, 630 F.2d 1313, 1319 (8th Cir. 1980)).

Upon consideration, the Court finds that Defendant has failed to show any basis for a new trial. Accordingly, the motion is **DENIED**.

**DONE AND ORDERED** at Tampa, Florida, this 4th day of April, 2008.

Copies to:
Counsel of Record
David McGuigan

SUSAN C. BUCKLEW
United States District Judge